# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | **Chapter 13** |
| MARLIN REYES AND ) | **Case No. 18-22765** |
| RORY CARDENAS, ) | **Judge: CASSLING** |
| Debtor(s). ) | |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: mcguckin_m@lisle13.com

*To the following persons or entities who have been served via U.S. Mail:*
Marlin Reyes & Rory Cardenas, 11101 S. Leamington Ave., Alsip, IL  60803
Oral & Maxillofacial Surgery of Chicago, c/o Dore Law Offices, LLC, 134 N. LaSalle St., #1208, Chicago, IL  60602
Oral & Maxillofacial Surgery of Chicago, 153000 West Ave., Ste. 113, Orland Park, IL  60462

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL  60604, and in the following courtroom (or any other place posted), and present the attached **Motion to Extend Time for Debtor to File Claim** on Behalf of Creditor, at which time and place you may appear.

    JUDGE:   CASSLING
    ROOM:    619
    DATE:    August 22, 2019
    TIME:    9:30 AM

## PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Christine H. Clar, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: July 24, 2019          /s/ Christine H. Clar
                                        Christine H. Clar, A.R.D.C. #6202332
                                        Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | **Chapter 13** |
| MARLIN REYES AND ) | **Case No. 18-22765** |
| RORY CARDENAS, ) | **Judge: CASSLING** |
| Debtor(s). ) | |

## MOTION TO EXTEND TIME FOR DEBTOR
## TO FILE CLAIM ON BEHALF OF CREDITOR

NOW COMES, THE DEBTORS, MARLIN REYES AND RORY CARDENAS, by and through their attorneys, DAVID M. SIEGEL AND ASSOCIATES, LLC, to present this Motion, and in support thereof states as follows:

1)	Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2)	On August 13, 2018, the Debtors filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on November 11, 2018.

3)	That Tom Vaughn was appointed Trustee in this case.

4)	The Debtors' Modified Chapter 13 plan provides for payments of $2,500.00 monthly for 60 months, with payments to the General Unsecured Creditors of 100% of their allowed claims.

5)	The Debtors tried in good faith to list all of her creditors in the schedules filed with the Chapter 13 petition, but the debt owed to Oral & Maxillofacial Surgery of Chicago was inadvertently omitted.

6)	The deadlines for filing a proof of claim were October 22, 2018 for all creditors except governmental units, and February 11, 2019 for governmental units; and the time for Debtors to file a proof of claim pursuant to Bankruptcy Rule 3004 has expired.

7)	That the Debtors owed Oral & Maxillofacial Surgery of Chicago $1,124.00, as unsecured.

8)	The Debtors intend that the debt owed to Oral & Maxillofacial Surgery of Chicago be paid through their Chapter 13 plan, and desires to file a claim on behalf of said creditor to provide for that payment.

9)	The Debtors further seek that payment under the claim for said creditor be allowed, despite the expiration of the time for the filing of the proof of claim.

10)	Payment of the debts owed to said creditors will not render the Debtors' Chapter 13 plan unfeasible, and will not unfairly impair the rights of the other creditors of the Debtors.

WHEREFORE, the DEBTORS, MARLIN REYES AND RORY CARDENAS, pray that this Honorable Court enter an Order to allow payment of late-filed claim, and for other such relief as the Court deems fair and proper.

        Respectfully Submitted,

        /s/ Christine H. Clar
        Christine H. Clar, A.R.D.C. #6202332
        Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100
davidsiegelbk@gmail.com